UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HONG JING,

                    Petitioner,

        v.

KRISTI NOEM, *et al.*,

                    Respondents.

Case No.  1:25-cv-2059-JDP

ORDER

On January 6, 2026, the court granted petitioner's motion for a temporary restraining order and ordered petitioner's immediate release from custody.  ECF No. 9.  On January 21, 2026, the court ordered the parties to submit a joint proposed briefing scheduling with respect to any motion for preliminary injunction.  ECF No. 13.

In response, respondents state that they "do no oppose the Court issuing a preliminary injunction on the same terms as the TRO."  ECF No. 14 at 2.  The parties also ask that the court set the following briefing schedule for the resolution of the petition: respondents' response due July 27, 2026, and petitioner's reply due August 7, 2026.  *Id.*  The parties state that this delay will allow them to present informed briefing based on this rapidly evolving area of law.  *Id.*

Since respondents assert no new arguments and because the standards for issuing a temporary restraining order and a preliminary injunction are "substantially identical," *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001), the court grants the

1

preliminary injunction on the same grounds as the motion for a temporary restraining order. Further, it is unnecessary to delay issuing judgment. While decisions from the Court of Appeals may be relevant, a somewhat unsettled legal landscape does not justify a lengthy delay of the matter before this court. The parties' requested briefing schedule is denied.

If additional briefing is needed to decide the merits, within fourteen days of the date of this order, respondents may file an answer. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

Accordingly, IT IS HEREBY ORDERED that:

1.      Petitioner's motion for a preliminary injunction is GRANTED;

2.      Respondents are enjoined and restrained from re-detaining petitioner, absent exigent circumstances, without first providing petitioner with written notice and a pre-detention hearing before a neutral adjudicator.

3.      If additional briefing is needed, respondents may file an answer within fourteen days of the date of this order. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:    February 24, 2026      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE